UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA., on
behalf of itself and its related insurers,

                        Petitioner,                        24-cv-1870 (PKC)

      -against-                                    <u>ORDER</u>

OUTDOOR SPORTS GEAR, LLC formerly
known as Anthony Industries, Inc. and
JARDEN LLC f/k/a, and as successor by
merger to Jarden Corporation,

                      Respondents.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Presently before the Court are National Union's petition to confirm the arbitral award and Respondents' cross-petition for vacatur, or in the alternative, modification. The arbitral panel took notice that the indemnity agreement and arbitration agreement were missing for the 1991-92 period. It may be incumbent upon this Court to determine whether there were such agreements governing the 1991-92 period and, if so, their terms and whether those terms included a clear and unmistakable delegation of issues of arbitrability to the arbitral forum.

        By December 5, 2025, National Union shall file a letter brief with supporting evidence on the issue of the existence of an indemnity agreement and an arbitration agreement in the 1991-92 period and their contents, together with the briefing and submissions to the arbitral panel on the point. By December 12, 2025, Respondents shall file a response by letter brief, with supporting evidence and the briefing to the panel on the issue. National Union may reply by

- 2 -

December 18, 2025.  The Court intends to decide the issues based upon the papers unless a party demonstrates why the Court should proceed otherwise.

       SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
       November 17, 2025