**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, on behalf of
itself and its related insurers,

                       Petitioner,

     -against-

OUTDOOR SPORTS GEAR, LLC, formerly
known as Anthony Industries, Inc., and JARDEN
LLC, formerly known as, and as successor by
merger to, Jarden Corporation,

                       Respondents.
-----------------------------------------------------------------X

24 **CIVIL** 1870 (PKC)

**<u>JUDGMENT</u>**

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 2, 2026, National Union's motion to confirm the Award is GRANTED, and the Award is confirmed in its entirety. OSG and Jarden's motion to vacate, or in the alternative, to modify, the Award is DENIED. All other relief is denied.

**Dated:** New York, New York

       February 4, 2026

                                   **TAMMI M. HELLWIG**
                               _____
                                    **Clerk of Court**

                                   K. Mango

     **BY:**
                                     _____
                                     **Deputy Clerk**